# U.S. District Court
# Western District of Missouri (Kansas City)
# CIVIL DOCKET FOR CASE #: 4:23−mc−09003−RK
*Internal Use Only*

| | |
|---|---|
| Stecklein & Rapp Chartered v. Experian Information Solutions Inc.<br>Assigned to: District Judge Roseann Ketchmark<br>Cause: Civil Miscellaneous Case | Date Filed: 03/21/2023<br>Date Terminated: 04/18/2023<br>Jury Demand: None<br>Nature of Suit: 950 Constitutional − State Statute<br>Jurisdiction: Federal Question |

**Plaintiff**

**Stecklein & Rapp Chartered**     represented by     **Cody R Weyhofen**
Seigfreid Bingham, P.C.
2323 Grand Boulevard
Suite 1000
Kansas City, MO 64108
816−421−4460
Fax: 816−474−3447
Email: cweyhofen@sb−kc.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Daniel L. McClain**
Seigfreid Bingham, P.C.
2323 Grand Boulevard
Suite 1000
Kansas City, MO 64108
816−421−4460
Fax: 816−474−3447
Email: dmcclain@sb−kc.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

V.

**Defendant**

**Experian Information Solutions Inc.**     represented by     **G. Edgar James**
James Sobba, LLC
4435 Main Street
Suite 910
Kansas City, MO 64112
816−623−0544
Fax: 816−623−0508
Email: ejames@jamessobba.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*

**David Sandefer**
Jones Day
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
(312) 269–1544
Email: dsandefer@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2023 | | MISCELLANEOUS CASE INITIATED by Daniel L. McClain on behalf of Stecklein & Rapp Chartered. See motion immediately following this entry for details. This is a text entry only. No document is attached. Filing fee $49, receipt number AMOWDC–8378693. (McClain, Daniel) (Entered: 03/21/2023) |
| 03/21/2023 | 1 | MOTION to quash *Subpoenas and For Protective Order* filed by Daniel L. McClain on behalf of Stecklein & Rapp Chartered. Suggestions in opposition/response due by 4/4/2023 unless otherwise directed by the court. (McClain, Daniel) (Additional attachment(s) added on 3/22/2023: # 1 Civil Cover Sheet) (Woods, Gloria). (Entered: 03/21/2023) |
| 03/21/2023 | 2 | SUGGESTIONS in support re 1 MOTION to quash *Subpoenas and For Protective Order* filed by Daniel L. McClain on behalf of Defendant Stecklein & Rapp Chartered. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Related document(s) 1 ) (McClain, Daniel) (Entered: 03/21/2023) |
| 03/22/2023 | 3 | NOTICE of appearance by Cody R Weyhofen on behalf of Stecklein & Rapp Chartered (Weyhofen, Cody) (Entered: 03/22/2023) |
| 03/22/2023 | 4 | DISCLOSURE OF CORPORATE INTERESTS filed by Daniel L. McClain on behalf of Plaintiff Stecklein & Rapp Chartered.(McClain, Daniel) (Entered: 03/22/2023) |
| 03/27/2023 | 5 | NOTICE of appearance by G. Edgar James on behalf of Experian Information Solutions Inc. (Attorney G. Edgar James added to party Experian Information Solutions Inc.(pty:dft))(James, G.) (Entered: 03/27/2023) |
| 03/27/2023 | 6 | DISCLOSURE OF CORPORATE INTERESTS filed by G. Edgar James on behalf of Defendant Experian Information Solutions Inc..(James, G.) (Entered: 03/27/2023) |
| 03/27/2023 | 7 | SUGGESTIONS in opposition re 1 MOTION to quash *Subpoenas and For Protective Order* filed by G. Edgar James on behalf of Defendant Experian Information Solutions Inc.. Reply suggestions due by 4/10/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit C, # 3 Exhibit E, # 4 Exhibit F, # 5 Exhibit G, # 6 Exhibit H)(Related document(s) 1 ) (James, G.) (Entered: 03/27/2023) |
| 03/27/2023 | 8 | Motion to allow David Sandefer to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8385959) filed by G. Edgar James on behalf of Experian |

| | | |
|---|---|---|
| | | Information Solutions Inc.. (James, G.) (Entered: 03/27/2023) |
| 03/27/2023 | 9 | MOTION to seal document filed by G. Edgar James on behalf of Experian Information Solutions Inc.. Suggestions in opposition/response due by 4/10/2023 unless otherwise directed by the court. (James, G.) (Entered: 03/27/2023) |
| 03/28/2023 | 10 | ORDER granting 8 motion to appear pro hac vice entered by Clerk of Court. Attorney David Sandefer for Experian Information Solutions Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Berner, Crystal) (Entered: 03/28/2023) |
| 03/30/2023 | 11 | ORDER granting 9 Defendant's motion for leave to file under seal Exhibits B, D, and I to Defendant's Suggestions in Opposition to Plaintiff's Motion to Quash Subpoenas. Defendant is directed to file these documents under seal on or before 4/3/2023. Signed on 3/30/2023 by District Judge Roseann Ketchmark. This is a TEXT ONLY ENTRY. No document is attached. (Skelton, Sara) (Entered: 03/30/2023) |
| 03/30/2023 | 12 | NOTICE (SEALED) by Experian Information Solutions Inc. re 7 Suggestions in Opposition to Motion, *Exhibit B* (Attachments: # 1 Exhibit D, # 2 Exhibit I)(James, G.) (Entered: 03/30/2023) |
| 03/30/2023 | 13 | NOTICE OF HEARING – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Discovery Hearing set for 4/5/2023 at 1:30 PM in Courtroom 8C before District Judge Roseann Ketchmark. (Skelton, Sara) (Entered: 03/30/2023) |
| 04/03/2023 | 14 | RESPONSE to motion re 1 MOTION to quash *Subpoenas and For Protective Order* filed by Daniel L. McClain on behalf of Plaintiff Stecklein & Rapp Chartered. Reply suggestions due by 4/17/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(McClain, Daniel) (Entered: 04/03/2023) |
| 04/04/2023 | 15 | MOTION to seal document *filed as Docket No. 14 Exhibit A* filed by Daniel L. McClain on behalf of Stecklein & Rapp Chartered. Suggestions in opposition/response due by 4/18/2023 unless otherwise directed by the court. (McClain, Daniel) (Entered: 04/04/2023) |
| 04/04/2023 | 16 | ORDER granting 15 motion to seal document *filed as Docket No. 14 Exhibit A* Signed on 4/4/2023 by District Judge Roseann Ketchmark. This is a TEXT ONLY ENTRY. No document is attached. (Skelton, Sara) (Entered: 04/04/2023) |
| 04/05/2023 | 17 | Minute Entry. Proceedings held before District Judge Roseann Ketchmark: DISCOVERY HEARING held on 4/5/2023. Counsel appearing for Plaintiff(s): Cody R Weyhofen and Daniel L. McClain. Counsel appearing for Defendant(s): G. Edgar James and David Sandefer. Time in court: 1:52 p.m. to 3:21 p.m. The Court takes up Plaintiff's MOTION to quash Subpoenas and For Protective Order (doc. 1 ). Arguments held on the record. To order a transcript of this hearing please contact Jean Crawford, 816–512–5642, jean_crawford@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Wheeler, LaTandra) (Entered: 04/06/2023) |

| 04/07/2023 | 18 | SUPPLEMENT *Filing of Relevant Facts and Law In Oppostion to Motion to Quash Subpoenas and for Protective Order.* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Related document(s) 1 ) (James, G.) (Entered: 04/07/2023) |
|---|---|---|
| 04/07/2023 | 19 | ORDER granting 1 motion to quash. Signed on 4/7/2023 by District Judge Roseann Ketchmark. (Skelton, Sara) (Entered: 04/07/2023) |
| 04/18/2023 | 20 | CLERK'S JUDGMENT (Wheeler, LaTandra) (Entered: 04/18/2023) |
| 04/24/2023 | 21 | MOTION to strike *Experian's "Supplemental Statement of Relevant Facts and Law in Opposition to Plaintiffs' Motion to Quash" and Suggestions in Support* filed by Daniel L. McClain on behalf of Stecklein & Rapp Chartered. Suggestions in opposition/response due by 5/8/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(McClain, Daniel) (Entered: 04/24/2023) |
| 04/26/2023 | 22 | MOTION for attorney fees filed by Daniel L. McClain on behalf of Stecklein & Rapp Chartered. Suggestions in opposition/response due by 5/10/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(McClain, Daniel) (Entered: 04/26/2023) |
| 04/26/2023 | 23 | NOTICE OF APPEAL by Experian Information Solutions Inc.. Filing fee $ 505, receipt number AMOWDC–8431408. (James, G.) (Entered: 04/26/2023) |
| 04/27/2023 | 24 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 23 Notice of Appeal. (Terry, Jason) (Entered: 04/27/2023) |

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| STECKLEIN & RAPP CHARTERED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-mc-09003-RK |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON PLAINTIFF'S MOTION TO QUASH

Before the Court is Plaintiff Stecklein & Rapp Chartered's Motion to Quash Subpoenas and for Protective Order. (Doc. 1.) The motion is fully briefed. (Docs. 7, 14.) For the reasons below, the motion is **GRANTED**, the subpoenas are **QUASHED**, and Plaintiffs are awarded their attorney fees and costs incurred in this matter.

## Background

This subpoena action relates to a lawsuit filed by Brianna and Craig Dulworth ("Plaintiffs") in Johnson County, Indiana, in which Plaintiffs are represented by Stecklein & Rapp Chartered ("S&R"). In that lawsuit, which has since been removed to the Southern District of Indiana, Plaintiffs allege violations of the Fair Credit Reporting Act ("FCRA") against several defendants, including Experian Information Solutions Inc. Specifically, Plaintiffs allege that they reaffirmed an automobile loan with Ally Financial, Inc. during a bankruptcy they jointly filed on October 12, 2018. *See Dulworth v. Equifax Information Services LLC*, No. 1:22-CV-00469-JMS-MJD (S.D. Ind.) (Dkt. No. 72 at ¶¶ 10, 27). Plaintiffs allege that Experian falsely reported the loan as discharged in bankruptcy, which harmed their credit. *See id.* (Dkt. No. 72 at ¶¶ 19, 48, 49). Plaintiffs also allege that they each disputed this information with Experian by notifying Experian twice in writing and that Experian was then required to conduct a reinvestigation in accordance with the FCRA, specifically 15 U.S.C. § 1681i. *See id.* (Dkt. No. 72 ¶¶ 22, 23, 26, 45). Plaintiffs allege that Experian failed to conduct a proper reinvestigation and, as a result, Experian is liable for damages under the FCRA. *See id.* (Dkt. No. 72 ¶¶ 45, 48).

Experian issued two subpoenas to S&R. The document subpoena seeks the following, from February 1, 2020, through the present, unless otherwise specified:

1. All Documents referring or relating to Your drafting of Consumer Disputes, including, but not limited to form or template dispute letters.

2. All Documents referring or relating to Your drafting of Plaintiffs' Dispute Letters, including, but not limited to draft versions.

3. All Documents which refer or relate to form retention agreements or contracts between You and Your clients related to the submission of Consumer Disputes, including but not limited to form or template retention agreements or contracts.

4. All Documents which refer or relate to form retention agreements or contracts between You and Your clients related representation in bankruptcy proceedings, including, but not limited to form or template agreements.

5. All Documents which refer or relate to form retention agreements or contracts between You and Your clients related to representation in civil litigation outside of bankruptcy proceedings, including, but not limited to form or template retention agreements or contracts.

6. All Documents which refer or relate to compliance with the Credit Repair Organizations Act, 15 U.S.C. § 1679 *et seq*.

7. Documents sufficient to show your revenue since February 1, 2019 related, directly or indirectly, to the drafting and mailing of Consumer Disputes.

8. Documents sufficient to show the number of Consumer Disputes You drafted or mailed since February 1, 2019.

9. Documents sufficient to identify the state of residence for the consumers described in any Consumer Dispute You drafted or mailed since February 1, 2019.

10. Documents sufficient to show the number of Consumer Disputes You mailed to Experian since February 1, 2019.

11. Documents sufficient to identify all consumers on whose behalf You drafted or mailed any Consumer Disputes, but whom You have not represented in litigation arising under the Fair Credit Reporting Act.

12. All retention agreements or contracts between You and Plaintiffs.

13. All Documents referring or relating to agreements or contracts between You and John Steinkamp & Associates, P.C.

(Doc. 2-1 at 8-9.)

The deposition subpoena seeks testimony from a designated officer, director or other person prepared and competent to testify on behalf of S&R as to:

1. Your use of the internet to advertise services for the express or implied purpose of improving the consumer's credit rating. *See*, *e.g.*, "Our Approach," *available at* https://www.giveyourselfcredit.com/our-approach/; "How Do I Dispute Things

That Are Not Me On My Credit Reports," *available at* https://vimeo.com/697446911.

2. Your efforts to solicit consumers business related to improving the consumer's credit rating. *See, e.g.,* "Your Right to Dispute Errors on Your Credit Report," *available at* https://www.giveyourselfcredit.com/blog/your-right-to-dispute-errors-on-your-credit-report/ ("We will work with you to correct or remove false data and restore your credit.").

3. Your role (e.g. drafting, paying postage, etc.) in submitting Consumer Disputes on behalf of consumers.

4. Your role (e.g. drafting, paying postage, etc.) in submitting Plaintiffs' Dispute Letters.

5. The number of Consumer Disputes you have played any role in drafting or mailing since August, February 1, 2019.

6. The amount of payment You have received related, directly or indirectly, to the drafting and/or sending of Consumer Disputes.

7. The amount of compensation you have charged or billed Plaintiffs related, directly or indirectly, to Plaintiffs' Dispute Letters.

8. Whether Stecklein & Rapp considers itself, among other things, a Credit Repair Organization, or subject to regulation as such.

(Doc. 2-2 at 4-6.)

S&R moves to quash the subpoenas and for entry of a protective order, arguing the subpoenas seek documents and testimony that are irrelevant to the underlying lawsuit and because compliance with the subpoenas would subject S&R and its past, present, and future clients to undue burden and expense, annoyance, oppression, and embarrassment. (Doc. 1 at 2.) Experian argues the discovery sought would help clarify the nature and scope of the credit repair services S&R offers clients and show how they are compensated for those services. (Doc. 7 at 9.)

The focus of the parties' current dispute regarding the scope of the subpoenas is based on the following provision in the FCRA, which the Plaintiffs allege Experian violated in the underlying lawsuit:

> [I]f the completeness or accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and ***the consumer notifies the agency directly***, or indirectly through a reseller, of such dispute, the agency shall, free of charge, conduct a reasonable reinvestigation[.]

15 U.S.C. § 1681i(a)(1)(A) (emphasis added).[1]

---

[1] Neither party argues that S&R is a reseller or consumer under the statutory definitions.

3

Courts interpreting this provision have found that "a consumer who was involved in either the drafting, finalizing, or sending of the dispute letter has sent the letter 'directly' even if he had assistance in doing so. Only where an individual had no role in preparing, reviewing, or sending the letter, does he fail to satisfy the direct requirement." *Rivera v. Equifax Info. Servs., LLC*, 341 F.R.D. 328, 347 (N.D. Ga. 2022) (citing *Henry v. Freedom Mortg. Corp.*, No. CV-19-01121-PHX-SRB, 2020 WL 8921079, at *4 (D. Ariz. Apr. 27, 2020) (finding that plaintiff sent letter directly where he, not credit repair organization, mailed letter, even if repair organization assisted with preparation of dispute letter) ("Plaintiff need only establish that he had some role in drafting, finalizing, or sending" the letter); *Warner v. Experian Info. Sols.*, 931 F.3d 917, 921 (9th Cir. 2019) (issuing holding "limited to the facts before [the court]" that where plaintiff played *no* role in preparing the letters and did not review them before they were sent by credit repair organization, he did not "directly" send them); *Cohen v. Equifax Info. Servs.*, No. 18-cv-6210 (JSR), 2019 WL 5200759, at *6 (S.D.N.Y. Sept. 13, 2019) (finding that, where plaintiff only signed up for credit repair website and credit repair website submitted disputes, she did not send the disputes directly)).

Thus, the relevant question is the level of participation by Plaintiffs in the process of contributing information for, creating, composing, editing, reviewing, approving, signing, and mailing their dispute letters to Experian. As such, any representations made by their counsel's firm in advertising, retention letters, interactions and communications with other clients, their compensation structure, and other similar matters generally referred to and requested in the subject subpoenas are not relevant.

Because this Order quashing the subpoenas – and awarding attorney fees and costs incurred by S&R to litigate their motion to quash – adequately protects S&R and the clients of S&R from annoyance, embarrassment, oppression, or undue burden or expense, a protective order is not warranted at this juncture.

After careful consideration, Plaintiff's motion to quash subpoenas is **GRANTED**, the subpoenas are **QUASHED**, and Plaintiffs are awarded their attorney fees and costs incurred in this matter.

  **IT IS SO ORDERED.**

                s/ Roseann A. Ketchmark
                ROSEANN A. KETCHMARK, JUDGE
                UNITED STATES DISTRICT COURT

DATED: April 7, 2023

Appellate Case: 23-1879  Page: 8  Date Filed: 04/27/2023 Entry ID: 5270186 April 27 2023 8

# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

_____

STECKLEIN & RAPP CHARTERED;

    Plaintiff,

    V.                                      Case No. 4:23-mc-09003-RK

EXPERIAN INFORMATION SOLUTIONS INC.,

    Defendant.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

    Plaintiff's motion to quash subpoenas is GRANTED, the subpoenas are QUASHED, and Plaintiffs are awarded their attorney fees and costs incurred in this matter.

    **IT IS SO ORDERED.**

Dated: April 7, 2023                                      /s/ Paige Wymore-Wynn
                                                                     Clerk of the Court

Entered: April 18, 2023                            /s/ LaTandra Wheeler
                                                                     Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| STECKLEIN & RAPP CHARTERED,<br><br>       Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendant. | Civil Action No. 4:23-mc-09003 |

**NOTICE OF APPEAL**
**TO THE U.S. COURT OF APPEALS FOR THE EIGHTH CIRCUIT**

     Notice is hereby given that Experian Information Solutions, Inc., the Defendant, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Final Judgment Doc. No. 20, entered in this action on the 18th day of April, 2023.

Dated April 26, 2023.

                                                       Respectfully submitted,

                                                       **JAMES SOBBA, LLC**

                                                       */s/   G. Edgar James*_____
                                                       G. EDGAR JAMES          MO# 49585
                                                       4435 Main Street, Suite 910
                                                       Kansas City, Missouri 64111
                                                       Telephone:  (816) 623-0544
                                                       ejames@jamessobba.com

                                                       **ATTORNEYS FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

# **CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      */s/ G. Edgar James*
Attorney for Defendant Experian Information Solutions, Inc.

U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL SUPPLEMENT

## MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| | |
|---|---|
| Case Caption: Stecklein & Rapp Chartered v. Experian Information Solutions Inc. | Case No. 23-mc-09003-RK |

| | |
|---|---|
| Appellant: **Experian Information Solutions Inc.** | Appellee: **Stecklein & Rapp Chartered** |
| Appellant's Attorney(s): | Appellee's Attorney(s): |
| **G. Edgar James**<br>James Sobba, LLC<br>4435 Main Street<br>Suite 910<br>Kansas City, MO 64112<br>816-623-0544<br>Fax: 816-623-0508<br>Email: ejames@jamessobba.com | **Cody R Weyhofen**<br>Seigfreid Bingham, P.C.<br>2323 Grand Boulevard<br>Suite 1000<br>Kansas City, MO 64108<br>816-421-4460<br>Fax: 816-474-3447<br>Email: cweyhofen@sb-kc.com |
| **David Sandefer**<br>Jones Day<br>110 North Wacker Drive<br>Suite 4800<br>Chicago, IL 60606<br>(312) 269-1544<br>Email: dsandefer@jonesday.com | **Daniel L. McClain**<br>Seigfreid Bingham, P.C.<br>2323 Grand Boulevard<br>Suite 1000<br>Kansas City, MO 64108<br>816-421-4460<br>Fax: 816-474-3447<br>Email: dmcclain@sb-kc.com |
| Court Reporter(s):<br><br>Jean Crawford | Please return files and documents to:<br>**United States District Court**<br>**400 East 9th Street, Room 1510**<br>**Kansas City, MO 64106**<br><br>Contact Person for Appeal:<br>Jason_Terry@mow.uscourts.gov |

| Length of Trial:<br>N/A | Fee:<br>Paid | IFP:<br>No | Pending IFP Motion:<br>No |
|---|---|---|---|
| Counsel:<br>Retained | Pending Motions?<br>Yes (Doc 21 & 22) | Local Interest?<br>No | Simultaneous Release?<br>No |

**Special Comments:**