UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

STECKLEIN & RAPP CHARTERED,

       Plaintiff/Appellee,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

       Defendant/Appellant.

Appeal No.: 23-1879

# DEFENDANT-APPELLANT'S NOTICE OF METHOD OF APPENDIX PREPARATION

Pursuant to 8th Cir. R. 30A(b) and the Court's Briefing Schedule, the parties met and conferred regarding the method of preparing the Appendix and, pursuant to 8th Cir. R. 30A(b)(3), the parties have agreed to file separate appendices.

Respectfully submitted,

**JAMES SOBBA, LLC**

*/s/___G. Edgar James*
G. EDGAR JAMES      MO# 49585
4435 Main Street, Suite 910
Kansas City, Missouri 64111
Telephone: (816) 623-0544
ejames@jamessobba.com

**ATTORNEY FOR
DEFENDANT/APPELLANT
EXPERIAN INFORMATION
SOLUTIONS, INC.**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 11, 2023, I electronically filed the foregoing with the Clerk of the Eighth Circuit by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

             */s/ G. Edgar James*
             Attorney for Defendant/Appellant
             Experian Information Solutions, Inc