UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| STECKLEIN & RAPP CHARTERED,<br><br>        Plaintiff/Appellee,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant/Appellant. | Appeal No.: 23-1879 |

## **DEFENDANT-APPELLANT'S STATEMENT OF ISSUES**

Pursuant to Fed. R. App. P. 10(b)(3)(A), Defendant-Appellant Experian Information Solutions, Inc. ("Experian"), states that it intends to present the following issues on appeal:

1. Whether the district court erred by holding the role played by a third party in drafting, revising, or sending dispute letters on behalf of a consumer is irrelevant to the determination of whether that consumer "directly" notified a consumer reporting agency under 15 U.S.C. § 1681i of the Fair Credit Reporting Act, simply because the third party credit repair organization was also operating as a law firm or because the consumer testified they may have had some role in submitting the dispute to the consumer reporting agency.

2. Whether the district court erred by awarding attorneys' fees and costs to Plaintiff-Appellee Stecklein & Rapp Chartered.[1]

Respectfully submitted,

**JAMES SOBBA, LLC**

*/s/ G. Edgar James*
G. EDGAR JAMES      MO# 49585
4435 Main Street, Suite 910
Kansas City, Missouri 64111
Telephone: (816) 623-0544
ejames@jamessobba.com

**ATTORNEYS FOR DEFENDANT/APPELLANT EXPERIAN INFORMATION SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, I electronically filed the foregoing with the Clerk of the Eighth Circuit by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ G. Edgar James*
Attorney for Defendant/Appellant
Experian Information Solutions, Inc.

---

[1] Although the Judgment entered by the district court awarded attorneys' fees and costs to Plaintiff-Appellee Stecklein & Rapp Chartered, (R. Doc. 20), the District Court has not yet determined the *amount* of attorneys' fees and costs to award — and briefing on that issue is ongoing. Once the District Court issues an order on the proper amount of attorneys' fees and costs, Experian may file a separate Notice of Appeal before then seeking to consolidate the two appeals.

2

Appellate Case: 23-1879    Page: 2    Date Filed: 05/11/2023 Entry ID: 5276299