# In the United States Court of Appeals for the Eighth Circuit

STECKLEIN & RAPP CHARTERED,
*Plaintiff-Appellee*,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Western District of Missouri
No. 4:23-mc-09003-RK (Hon. Roseann A. Ketchmark)

## PLAINTIFF-APPELLEE'S BILL OF COSTS

DANIEL L. MCCLAIN
CODY R. WEYHOFEN
SEIGFREID BINGHAM, P.C.
2323 Grand Boulevard, Suite 1000
Kansas City, MO 64108
(816) 421-4460

ROBERT D. FRIEDMAN
MATTHEW W.H. WESSLER
GUPTA WESSLER LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
*robert@guptawessler.com*

September 11, 2024                    *Counsel for Plaintiff-Appellee*

# BILL OF COSTS

Plaintiff-Appellee Stecklein & Rapp Chartered respectfully submit this bill of costs pursuant to Federal Rule of Appellate Procedure 39 and Eighth Circuit Local Rule 39-A. This appeal involved two cases, 23-2977 and 23-1879, that are both addressed in this bill of costs.

Below are the costs that were reasonably and necessarily incurred in these appeals:

| | No. of Original Pages | Total Documents reproduced | Total No. of Copies | Reproduction Costs Allowable Per Page | Costs Requested |
|---|---|---|---|---|---|
| Appellee's Response Brief (23-2977) | 66 | 12 (10 copies for the Court; 2 copies for internal records) | 792 | $.15 | $118.80 |
| Appellee's Response Brief (23-1879) | 67 | 12 (10 copies for the Court; 2 copies for internal records) | 804 | $.15 | $120.60 |
| **Total** | | | | | $237.60 |

In accordance with L.R. 39A(c), Stecklein & Rapp Chartered attaches as exhibits invoices for the reproduction costs of the briefs. Stecklein & Rapp Chartered

respectfully requests said costs of $237.60 be taxed and included in the mandate from the judgment of this Court's August 28, 2024, decision.

## VERIFICATION

I, Robert Friedman, appellate counsel for Plaintiff-Appellee Stecklein & Rapp Charted, hereby affirm that the costs claimed above were reasonably and necessarily incurred in this appeal.

Executed on this 11th day of September 2024, in Washington, DC.

*/s/ Robert Friedman*

Respectfully submitted,

*/s/ Robert D. Friedman*
ROBERT D. FRIEDMAN
MATTHEW W.H. WESSLER
GUPTA WESSLER LLP
2001 K Street NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*robert@guptawessler.com*

DANIEL L. MCCLAIN
CODY R. WEYHOFEN
SEIGFREID BINGHAM, P.C.
2323 Grand Boulevard, Suite 1000
Kansas City, MO 64108
(816) 421-4460

September 11, 2024                    *Counsel for Plaintiff-Appellee*

2

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2024, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Eighth Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Robert D. Friedman*
Robert D. Friedman

# Invoice

**Counsel Press Inc.-Becker Gallagher**
8790 Governor's Hill Drive
Cincinnati, OH  45249 US
mbrown@counselpress.com

| BILL TO | SHIP TO |
|---|---|
| Stecklein & Rapp Chartered<br>Michael Rapp<br>748 Ann Avenue, Suite 101<br>Kansas City, KS 66101 | Stecklein & Rapp Chartered<br>Michael Rapp<br>748 Ann Avenue, Suite 101<br>Kansas City, KS  66101 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 8-23018 | 08/29/2023 | $0.00 | 08/29/2023 | Due On Receipt {1} | |

**SALES REP**
DW

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Base fee, print-ready | Appellee Brief Base fee, print-ready file | 1 | 250.00 | 250.00 |
| Brief costs | Total pages of Brief (67 pp. x 12 = 804) | 804 | 0.20 | 160.80 |
| Binding (Perfect, Tape) | Binding per book (Perfect) | 12 | 5.00 | 60.00 |
| Post (handling & certificates) | Handling & certificates ($50/Court; $10/party) | 1 | 70.00 | 70.00 |
| Postage for filing/service | Postage for filing/service (FedEx, 2-day) | 1 | 96.29 | 96.29 |
| | | | | 0.00 |
| | mr@kcconsumerlawyer.com 913-359-8049<br>mahek@guptawessler.com | | | 0.00 |

PAID

23-1879, Stecklein & Rapp Chartered v. Experian Information Solutions, Inc., APPELLEE

| | |
|---|---|
| PAYMENT | 637.09 |
| BALANCE DUE | **$0.00** |

# Counsel Press Inc.-Becker Gallagher

8790 Governor's Hill Drive
Cincinnati, OH  45249 US
mbrown@counselpress.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Stecklein & Rapp Chartered<br>Michael Rapp<br>1503 Westport Road<br>Kansas City, KS 64111 | Stecklein & Rapp Chartered<br>Michael Rapp<br>1503 Westport Road<br>Kansas City, KS  64111 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 8-23021 | 10/31/2023 | $0.00 | 10/31/2023 | Due On Receipt {1} | |

**SALES REP**
DW

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Base fee, print-ready | Appellee Brief base fee, print-ready file | 1 | 250.00 | 250.00 |
| Brief costs | Total pages of Brief (67 pp. x 12 = 804) | 804 | 0.20 | 160.80 |
| Binding (Perfect, Tape) | Binding per book (Perfect | 12 | 5.00 | 60.00 |
| Post (handling & certificates) | Handling & certificates ($50/Court; $10/party) | 1 | 70.00 | 70.00 |
| Postage for filing/service | Postage for filing/service (FedEx, NDA) | 1 | 184.40 | 184.40 |
| | | | | 0.00 |
| | mr@kcconsumerlawyer.com | | | 0.00 |
| | abigailr@guptawessler.com | | | 0.00 |

23-2977, Stecklein & Rapp Chartered v. Experian Information Solutions, Inc., APPELLEE BRIEF

PAYMENT 725.20

BALANCE DUE **$0.00**